# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| VICTORIA FELTS, | ) |
| Plaintiff, | ) |
| | ) NO. 3:22-cv-00531 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| NIRVC-TN, LLC d/b/a NATIONAL INDOOR RV CENTERS, | ) MAGISTRATE JUDGE NEWBERN |
| Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff's unopposed motion to continue the trial set for September 23, 2025. (Doc. No. 83). Counsel for Plaintiff states that he contracted Covid-19 twice in the last month which has resulted in severe effects and that his medical provider recommended that the trial be continued. Defendant does not oppose the requested continuance.

The motion (Doc. No. 83) is **GRANTED**. All discovery and pretrial filing deadlines have passed and will not be reset. The pretrial conference and trial will be **CONTINUED** and re-set by separate Order.

In light of the Court's September 11, 2025 Order denying the parties' motions in limine (Doc. No. 85), the parties may file renewed motions in compliance with Local Rule 7.01(a)(1). The parties shall file any motions in limine 2 weeks before the new trial date, and responses shall be filed 1 week before the new trial date. Accordingly, the clerk is directed to administratively close this case pending the new trial date.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE