IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **VICTORIA FELTS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **NO. 3:22-cv-00531** |
| **v.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **NIRVC-TN, LLC,** | ) | **MAGISTRATE JUDGE EVANS** |
| | ) | |
| **Defendant.** | ) | |

# ORDER

During the pretrial conference the parties discussed how to conduct voir dire of the jury panel to determine whether any prospective juror has personal experiences with or views about abortion such that they will not be an impartial juror in this case. Defendant previously moved for the submission of a confidential questionnaire, which was denied. (*See* Doc. Nos. 66, 84).

Upon reconsideration, the motion for a jury questionnaire is **GRANTED**. The questions have been modified as indicated on the attached questionnaire. Any objections to the jury questionnaire must be filed by August 28, 2026, at noon.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Juror No. ________

# CONFIDENTIAL JUROR QUESTIONNAIRE

This Confidential Juror Questionnaire is designed to assist the Court with the jury selection process. Jurors must be impartial. In other words, they must be able to put aside personal views so the parties receive a fair trial. Please answer each of the following questions truthfully and to the best of your ability.

Questionnaires will be available to counsel for the limited purpose of assisting with their preparation for jury selection. They are not otherwise to be used, copied, or disclosed without Court Order. After use at trial, Questionnaires shall be returned to the Clerk.

---

This case involves issues of pregnancy, pregnancy complications, and abortion. Do you have personal experiences, feelings, thoughts, or views on these topics that you cannot put aside?

Please select one of the following:

- ☐ I have experiences, feelings, thoughts, or views on these topics that I cannot put aside. I do not believe I can be impartial in this case.
- ☐ I do not have experiences, feelings, thoughts, or views on these topics. I believe I can be impartial in this case.
- ☐ I have experiences, feelings, thoughts, or views on these topics, but I believe I can set them aside and be impartial in this case.

If there is additional information on these topics you believe the Court should, please write it in the space below. You may write that you prefer to discuss it privately.

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

If there are additional questions on these topics, would you prefer to answer them privately?

☐ Yes ☐ No