ORDER: Motion (Doc. No. 126) GRANTED.
Deadline extended to October 2, 2026.

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **VICTORIA FELTS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No.: 3:22-cv-00531** |
| | ) | |
| **NIRVC-TN, LLC d/b/a NATIONAL INDOOR RV CENTERS,** | ) | **JUDGE CAMPELL** |
| | ) | **MAGISTRATE JUDGE NEWBERN** |
| | ) | |
| **Defendant.** | ) | **JURY DEMAND** |

---

**JOINT MOTION TO EXTEND DEADLINE FOR**
**BRIEFING REGARDING TPWFA**

---

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Plaintiff Victoria Felts and Defendant NIRVC-TN, LLC d/b/a National Indoor RV Centers move to extend the deadline to file briefs addressing the TPFWA and state as follows:

On September 1, 2026, the Court entered its Order Continuing Trial, which directed the Parties to file briefing on certain issues arising under the Tennessee Pregnant Workers Fairness Act (TPWFA) no later than September 22, 2026. (Doc. 124, PageID 1369). The Court further ordered counsel to certify that they had conferred regarding those issues, state opposing views, and state the points of disagreement. (Doc. 124, PageID 1369-1370).

The Parties have scheduled a conference call for September 25, 2026, to discuss, among other things, the TPWFA and their points of disagreement. Because that conference will occur after the current briefing deadline, additional time is necessary to allow the Parties to comply fully with the Court's directive.

This is the Parties' first request to extend this deadline. The Parties make this request in good faith and not for any improper purpose. No party will be prejudiced by the relief requested.

**WHEREFORE**, the Parties move the Court for an Order extending the current deadline to file their briefs regarding the TPWFA to October 2, 2026.

Respectfully Submitted,

**THE EMPLOYMENT LAW GROUP**

By: /s/ *Jonathan Street* (signed with permission by *Caroline G. McCarter*)______
Jonathan Street, BPR #021712
Zachary Walker Brown, BPR #037509
1720 West End Avenue, Suite 402
Nashville, TN 37203
(615) 850-0632
*Attorneys for Plaintiff*

**LEWIS THOMASON, P.C.**

By: /s/ *Caroline G. McCarter*____
Chris W. McCarty, BPR #025551
Ryan Shannon, BPR # 039441
Caroline G. McCarter, BPR # 043402
One Centre Square, Fifth Floor
620 Market Street
P.O. Box 2425
Knoxville, Tennessee 37901
(865) 546-4646
*Attorneys for Defendant*