**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **VICTORIA FELTS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **NO. 3:22-cv-00531** |
| **v.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **NIRVC-TN, LLC d/b/a NATIONAL INDOOR RV CENTERS,** | ) | **MAGISTRATE JUDGE EVANS** |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pending before the Court is Plaintiff's Motion to Amend Plaintiff's Brief on Tennessee Pregnant Workers Fairness Act Damages. (Doc No. 130). Plaintiff seeks leave to amend typographical errors within their Brief (Doc. No. 129), originally filed on October 2, 2026. Defendants do not oppose Plaintiff's Motion. (Doc. No. 130 ¶ 8).

Good cause appearing, the Motion is **GRANTED**. Plaintiff has attached the Proposed Corrected Trial Brief as Exhibit A. Accordingly, the Clerk is directed to docket the Proposed Corrected Trial Brief as a separate entry.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE